U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

Case No.

IGLESIA DE AVIVAMIENTO
EMMANUEL, INC.,

   Plaintiff,

vs.

SCOTTSDALE INSURANCE
COMPANY,

   Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), hereby files its notice of the removal of that certain cause of action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, being styled *Iglesia De Avivamiento Emmanuel, Inc. v. Scottsdale Insurance Company*, Case No. 2019-014006-CA-01, stating as follows:

1. This action was commenced in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and service of process was effected on SCOTTSDALE on or about June 18, 2019.

2. This is a civil action brought by Plaintiff, IGLESIA DE AVIVAMIENTO EMMANUEL, INC. ("IGLESIA"), whose property is located in Miami-Dade County, Florida. In the Complaint, IGLESIA alleges to be seeking to recover damages in excess of $15,000, exclusive of interest, attorney's fees and costs, under a contract for insurance issued by SCOTTSDALE to IGLESIA. According to the Complaint, IGLESIA seeks

payment of damages incurred as a result of a loss to the insured property located at 3001 N.W 167 Terrace, Miami Gardens, Florida, 33054, plus attorneys' fees, costs and interest.

3. At the time when the suit was instituted and at all times material to this action, IGLESIA was and is a Florida corporation and owns property located in Miami-Dade County.

4. At the time this action was commenced, and at the present time, and at all times material to this action, SCOTTSDALE was and is a corporation organized and existing under the laws of the State of Ohio and having its principal place of business in Arizona. Complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

5. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs. This fact is demonstrated by the extent of damage claimed by IGLESIA, and its estimate for losses sustained as a result of the damages as well as attorney's fees. Specifically, IGLESIA claims $92,532.00 in damages, as referenced in an estimate provided by IGLESIA before filing suit, plus additional amounts for its attorney's fees and costs through trial. The sum of the damages and attorneys' fees and costs IGLESIA seeks therefore exceeds $75,000.00.

6. Copies of all process, pleadings and orders served upon SCOTTSDALE, and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of discovery served with the Complaint.

WHEREFORE, Defendant, SCOTTSDALE INSURANCE COMPANY, prays that this Honorable Court exercise jurisdiction over this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the online CM/ECF Filing on the 9th day of July, 2019 to Joanis Ruiz, Esq., Vargas Gonzalez Hevia Baldwin, LLP; service5@VargasGonzalez.com, JRuizVargasGonzalez.com.

/s/Erin R. Kreiser
Andrew P. Rock, Esquire
Florida Bar No. 0656437
Erin R. Kreiser, Esquire
Florida Bar No. 108062
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Telecopier: (407) 647-9966
pleadings@rocklawpa.com
ekreiser@rocklawpa.com
lherbert@rocklawpa.com
Attorneys for Defendant,
Scottsdale Insurance Company

ERK/lh