UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22812-CIV-MORENO

IGLESIA DE AVIVAMIENTO EMMANUEL,
INC.,

        Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Plaintiff's Notice of Settlement **(D.E. 12)**, filed on **October 23, 2019**. It is

**ADJUDGED** that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

**ADJUDGED** that all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 of October 2019.

_____
for
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record